HELEN WISNIEWSKI v. JOSEPH M. NOLAN.

January 14, 1975. Petition for certification granted.